UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM PRESTON DAVIS, AT4428,<br>　　　　Plaintiff,<br>　　v.<br>DAVID LEHR, Esq.,<br>　　　　Defendant(s). | Case No. 16-4407 SK (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, a prisoner at Mule Creek State Prison in Ione, California, has filed a pro se complaint for damages and declaratory relief under 42 U.S.C. § 1983 alleging that his criminal defense attorney, David Lehr of Ventura, California, conspired with the prosecutor to deprive plaintiff of his federal constitutional right to a fair trial.

The court takes judicial notice that plaintiff was convicted of various sexual offenses in Ventura County Superior Court and sentenced to 100 years to life in state prison. See People v. Davis, No. B256629, 2015 WL 1951905, at *1 (Cal. Ct. App. Apr. 30, 2015).

A substantial part of the events or omissions giving rise to plaintiff's claim occurred, and the named defendant resides, in the County of Ventura, which lies within the venue of the Central District of California, Western Division. See 28 U.S.C. § 84(c)(2). Venue therefore properly lies in the Central District, Western Division. See id. § 1391(b).

1    Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28
2 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for
3 the Central District of California, Western Division.
4    The clerk shall transfer this matter and terminate all pending motions as moot.
5    **IT IS SO ORDERED.**

6 Dated: August 8, 2016 
　　　　　　　　　　　　　　　　　　　　　_____
7 　　　　　　　　　　　　　　　　　　　　　SALLIE KIM
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

2